UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No.: 1:25-cv-05270-DLC
ALAN PEREIRA,

                           Plaintiff,

      -against-                                 **NOTICE OF WITHDRAWAL OF APPEARANCE**

MEHLING ORTHOPEDICS LLC, BLUE HORIZON
INTERNATIONAL LLC, MEHLING OFFICE
MANAGEMENT LLC, BRIAN MEHLING, M.D.,
individually, and DOREEN SANTORA, individually,

                           Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Suzy Ezzat, Esq. hereby withdraws her appearance as counsel for Plaintiff in the above-captioned action, as she will no longer be affiliated with the law firm, Phillips & Associates, PLLC after today's date.  The law firm Phillips & Associates, PLLC continues to serve as counsel for Plaintiff and all future correspondence and papers in this action should continue to be directed to them.

Dated:    New York, New York
            August 4, 2025

                                                    **PHILLIPS & ASSOCIATES, PLLC**
                                                    *Attorneys for Plaintiff*

                                                    By:*/s/ Suzy Ezzat*
                                                       Suzy Ezzat, Esq.
                                                       45 Broadway, 28th Floor
                                                     New York, New York 10006
                                                     (212) 248-7431