```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ALAN PEREIRA,                           :
                                        :
                    Plaintiff,          :
                                        :       25cv5270 (DLC)
            -v-                         :
                                        :           ORDER
MEHLING ORTHOPEDICS LLC, BLUE HORIZON   :
INTERNATIONAL LLC, MEHLING OFFICE       :
MANAGEMENT LLC, BRIAN MEHLING, M.D.,    :
individually, and DOREEN SANTORA,       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 29, 2025, defendants filed a motion seeking to, inter alia, dismiss the complaint pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **September 19, 2025**. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **September 19, 2025**. Defendants' reply, if any, shall be filed by **September 26, 2025**. At the time any reply is filed,

the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        August 29, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge