```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ALAN PEREIRA,                            :
                                         :
                    Plaintiff,           :
                                         :   25cv5270 (DLC)
          -v-                            :
                                         :         ORDER
MEHLING ORTHOPEDICS LLC, BLUE HORIZON    :
INTERNATIONAL LLC, MEHLING OFFICE        :
MANAGEMENT LLC, BRIAN MEHLING, M.D.,     :
individually, and DOREEN SANTORA,        :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 29, 2025, the defendants filed a motion seeking to, inter alia, dismiss the complaint pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P. An Order of August 29 directed the plaintiff to file any amended complaint by September 19 and alerted the plaintiff that he would likely not have another opportunity to amend. The plaintiff filed an amended complaint on September 19. Accordingly, it is hereby

ORDERED that the defendants' August 29 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **October 3, 2025**
- Opposition served by **October 17, 2025**
- Reply served by **October 24, 2025**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        September 19, 2025

                                                DENISE COTE
                                    United States District Judge